**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　Plaintiff, )<br>　　　vs. )<br>JAIRO C. RODRIGUEZ, )<br>　　　　　　Defendant. ) | 8:06CR349<br><br>**DETENTION ORDER** |

A. **Order For Detention**
　　After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act on May 7, 2007, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (i).

B. **Statement Of Reasons For The Detention**
　　The Court orders the defendant's detention because it finds:
　　__X__　By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.
　　__X__　By clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community.

C. **Finding Of Fact**
　　The Court's findings are based on the evidence which was presented in court and contained in the Pretrial Services Report, and includes the following:
　　__X__　(1)　Nature and circumstances of the offense charged:
　　　　　__X__　(a)　The crime: possession of a firearm with an obliterated serial number in violation of 18 U.S.C. § 922(k) carries a maximum sentence of five years imprisonment.
　　　　　____　(b)　The offense is a crime of violence.
　　　　　____　(c)　The offense involves a narcotic drug.
　　　　　____　(d)　The offense involves a large amount of controlled substances, to wit: _____
　　____　(2)　The weight of the evidence against the defendant is high.
　　__X__　(3)　The history and characteristics of the defendant including:
　　　　　(a)　General Factors:
　　　　　　　____　The defendant appears to have a mental condition which may affect whether the defendant will appear.
　　　　　　　____　The defendant has no family ties in the area.
　　　　　　　____　The defendant has no steady employment.
　　　　　　　__X__　The defendant has no substantial financial resources.
　　　　　　　____　The defendant is not a long time resident of the community.
　　　　　　　____　The defendant does not have any significant community ties.
　　　　　　　____　Past conduct of the defendant:
　　　　　　　____　The defendant has a history relating to drug abuse.
　　　　　　　__X__　The defendant has a history relating to alcohol abuse.
　　　　　　　__X__　The defendant has a significant prior criminal record.
　　　　　　　____　The defendant has a prior record of failure to appear at court proceedings.
　　　　　(b)　At the time of the current arrest, the defendant was on:
　　　　　　　____　Probation
　　　　　　　____　Parole

DETENTION ORDER - Page 2

        \_\_\_\_ Release pending trial, sentence, appeal or completion of sentence.
  (c) Other Factors:
        \_\_\_\_ The defendant is an illegal alien and is subject to deportation.
        \_\_\_\_ The defendant is a legal alien and will be subject to deportation if convicted.
        \_\_\_\_ The Bureau of Immigration and Custom Enforcement (BICE) has placed a detainer with the U.S. Marshal.
        \_\_\_\_ Other: _____

__X__ (4) The nature and seriousness of the danger posed by the defendant's release are as follows: The nature of the charge in the Indictment and the outstanding warrants for the defendant's arrest.

D. **Additional Directives**
Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:
1. The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable from persons awaiting or serving sentences or being held in custody pending appeal; and
2. The defendant be afforded reasonable opportunity for private consultation with counsel; and
3. That, on order of a court of the United States, or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED:  May 7, 2007.        BY THE COURT:

                                      s/Thomas D. Thalken
                                      United States Magistrate Judge